AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ambro, Thomas L. | U.S. Court of Appeals, 3rd Cir | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Federal Courthouse
844 N. King Street, Lock Box 32
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Thomas L. Ambro Revocable Trust |
| 2. | Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. | Member | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. | Member | Georgetown University Law Center Board of Visitors |
| 5. | Member | Board of Editors, Delaware Lawyer |
| 6. | Member, Advisory Board | Working Group on Legal Opinions Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 190) | P1 |
| 2.   TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 190) | P1 |
| 3.   TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 190) | P1 |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank Account | | None | K | T | | | | | |
| 2. M&T Bank Account | | None | J | T | | | | | |
| 3. Trust Account #6 (H) | | | | | | | | | |
| 4. - Wells Fargo Bank, N.A. Bank Deposit Sweep | | None | | | Closed | 07/28/20 | J | | |
| 5. IRA Account #2 (H) | | | | | | | | | |
| 6. - Wells Fargo Bank, N.A. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 7. - Fairholme Fund | | None | | | Sold | 04/30/20 | M | | |
| 8. - Dodge & Cox Intl Stock FD | A | Dividend | L | T | | | | | |
| 9. - Federated Strategic Value Dividend FD | | None | | | Sold | 06/22/20 | L | | |
| 10. - Natixis FDS TR I Oakmark Intl FD | A | Dividend | L | T | | | | | |
| 11. - Brandes Invt TR Instl Emerging Mkts FD | | None | | | Sold | 04/15/20 | K | | |
| 12. - Matthews Asia Dividend FD | A | Dividend | K | T | | | | | |
| 13. - Primecap Odyssey FDS Aggressive Growth FD | C | Dividend | L | T | | | | | |
| 14. - Primecap Odyssey Growth | C | Dividend | K | T | Buy (add'l) | 05/01/20 | J | | |
| 15. - Virtus Emerging Markets Opportunities Fund | | None | | | Sold | 04/15/20 | K | | |
| 16. - Dodge & Cox Stock FD | D | Dividend | L | T | | | | | |
| 17. - Dodge & Cox Income FD | E | Dividend | N | T | Sold (part) | 03/25/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/27/20 | J | | |
| 19. - Doubleline FDS TR Total Return BD FD | C | Dividend | | | Sold | 12/07/20 | M | | |
| 20. - Harris Assoc Invt TR Oakmark Global Select FD | A | Dividend | M | T | | | | | |
| 21. - Federated Equity FDS Intl Strategic Value Div FD | A | Dividend | | | Sold | 06/22/20 | K | | |
| 22. - Saratoga Advantage TR James Alpha Glbl Real Estate Invst | B | Dividend | | | Sold | 05/20/20 | L | | |
| 23. - T Rowe Price New Era Fund | B | Dividend | K | T | | | | | |
| 24. - Invesco Oppenheimer Steelpath MLP Select 40 Fund | B | Dividend | K | T | | | | | |
| 25. - Artisan Partners FDS Inc Global Value FD Adv | A | Dividend | L | T | | | | | |
| 26. - Guggenheim FDS TR Macro Opportunities FD Instl CL | D | Dividend | N | T | Buy (add'l) | 04/15/20 | L | | |
| 27. | | | | | Sold (part) | 06/12/20 | K | | |
| 28. | | | | | Sold (part) | 09/16/20 | K | | |
| 29. - Kinetics MUT FDS INC Paradigm Fund Instl CL | A | Dividend | | | Sold | 10/29/20 | J | A | |
| 30. - Kinetics MUT FDS Inc Small Cap Opportunities FD Instl CL | | None | J | T | | | | | |
| 31. - Pimco Low Duration Income Fund | D | Dividend | N | T | Sold (part) | 04/01/20 | L | | |
| 32. | | | | | Sold (part) | 04/08/20 | K | | |
| 33. | | | | | Sold (part) | 04/17/20 | J | | |
| 34. | | | | | Sold (part) | 04/24/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/08/20 | K | | |
| 36. | | | | | Buy (add'l) | 09/14/20 | M | | |
| 37. - Trust for Advised port Miller Opportunity TR | | None | | | Sold | 06/22/20 | K | C | |
| 38. - Artisan Intl Small Cap Fund Investor Series | A | Dividend | L | T | Buy (add'l) | 06/22/20 | K | | |
| 39. - Brown Cap Mgmt Small Co FD Instl CL | B | Dividend | K | T | | | | | |
| 40. - Devon Energy Corp | A | Dividend | | | Sold | 03/23/20 | J | | |
| 41. - Exxon Mobil Corp | C | Dividend | K | T | Buy (add'l) | 09/25/20 | K | | |
| 42. - Oakmark International Small Cap FD Advisor CL | A | Dividend | L | T | | | | | |
| 43. - Knot Offshore Partners LP | C | Dividend | | | Sold | 04/09/20 | L | | |
| 44. - Mowi Asa Spon ADR | A | Dividend | K | T | | | | | |
| 45. - Matthews Intl FD Asian Growth & Income FD | | | | | Sold (part) | 04/15/20 | K | | |
| 46. | | | | | Sold | 05/01/20 | K | | |
| 47. - Miller Invt Trust Convertible BD FD | A | Dividend | | | Sold | 06/16/20 | M | C | |
| 48. - Professionally Managed Portfolio CL Instl Hodges Small Cap | | None | | | Sold | 06/22/20 | J | | |
| 49. - Sunoco LP | D | Distribution | | | Sold | 09/25/20 | L | | |
| 50. - Vanguard Specialized Energy FD Admiral Shares | A | Dividend | J | T | | | | | |
| 51. - Crossamerica Partners LP | A | Distribution | | | Sold | 03/23/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Enbridge Inc | C | Dividend | L | T | | | | | |
| 53. - Golar LNG LTD | | None | J | T | | | | | |
| 54. - Hoegh LNG Partners LP | C | Dividend | K | T | | | | | |
| 55. - Alger Funds Small Cap Focus FD | | None | | | Buy (add'l) | 04/15/20 | K | | |
| 56. | | | | | Sold | 05/01/20 | K | C | |
| 57. - Matthews Asia Funds Innovators Fund Investor CL IV | | None | L | T | Buy (add'l) | 06/22/20 | K | | |
| 58. - Invesco Oppenheimer Emerging Markets Local Debt Fund | | None | | | Sold | 04/15/20 | L | | |
| 59. - Vanguard World FD Intl Growth FD | A | Dividend | K | T | Buy (add'l) | 08/19/20 | J | | |
| 60. - Wasatch Advisors FDS Core Growth FD | B | Dividend | K | T | Buy (add'l) | 06/23/20 | J | | |
| 61. - Alger Growth Small Cap Focus FD | | None | L | T | Buy (add'l) | 05/01/20 | K | | |
| 62. - Artisan Partners FDS Inc Mid Cap FD | D | Dividend | M | T | Buy (add'l) | 06/22/20 | K | | |
| 63. - Ashmore FDS Emerging Mkts Corp Debt FD | B | Dividend | | | Sold | 04/15/20 | L | | |
| 64. - Goldman Sachs Funds GQG Ptrns Int Opptys FD | A | Dividend | L | T | Buy (add'l) | 05/12/20 | K | | |
| 65. | | | | | Sold (part) | 08/31/20 | K | D | |
| 66. - Hannon Arrmstrong Sustainable Infrastructure Capital Inc | B | Dividend | L | T | | | | | |
| 67. - Nokia Corp Sponsored ADR | | None | | | Sold | 05/20/20 | J | | |
| 68. - Polen Growth Fund Institutional Class | A | Dividend | L | T | Buy (add'l) | 05/18/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/22/20 | K | | |
| 70. - Tex PAC Land TR Sub SH CTF Proprietary Unit | A | Dividend | K | T | Buy (add'l) | 09/14/20 | J | | |
| 71. - Vanguard Index TR Mid Cap Index FD | A | Dividend | | | Sold | 07/17/20 | J | A | |
| 72. - ARK ETF TR Genomic Revolution Multi Sector | A | Dividend | L | T | Buy | 04/08/20 | K | | |
| 73. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 74. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 75. - Brookfield Infrastructure Corp Com Sub VTG Shs CL A | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 76. - Chevron Corporation CVX | A | Dividend | K | T | Buy | 10/29/20 | K | | |
| 77. - Dominion Energy Inc | A | Dividend | K | T | Buy | 03/24/20 | J | | |
| 78. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 79. - Energy Transfer LP IT | B | Dividend | L | T | Buy | 04/15/20 | K | | |
| 80. - Enterprise Products Partners EPD | D | Dividend | L | T | Buy | 04/09/20 | L | | |
| 81. - Etsy Inc | | None | L | T | Buy | 10/22/20 | J | | |
| 82. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 83. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 84. | | | | | Buy (add'l) | 11/10/20 | J | | |
| 85. | | | | | Buy (add'l) | 11/11/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  - Invesco QQQ TR Unit Ser 1 | A | Dividend | K | T | Buy | 03/24/20 | K | | |
| 87.  - Mercadolibre Inc | | None | L | T | Buy | 05/22/20 | K | | |
| 88.  - Microsoft Corp | A | Dividend | K | T | Buy | 03/18/20 | J | | |
| 89. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 90.  - Square Inc A | | None | M | T | Buy | 05/20/20 | K | | |
| 91. | | | | | Buy<br>(add'l) | 05/22/20 | K | | |
| 92.  - Walker & Dunlop Inc | A | Dividend | K | T | Buy | 03/31/20 | J | | |
| 93.  - WSFS Financial Corp | A | Dividend | L | T | Buy | 03/25/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 04/30/20 | K | | |
| 95.  - Blackrock Funds Technology<br>Opportunities Fund Inst CL | D | Dividend | M | T | Buy | 04/15/20 | K | | |
| 96. | | | | | Buy<br>(add'l) | 06/08/20 | K | | |
| 97.  - Carillon Ser TR Reams Cor BD FD CL 1 | C | Dividend | M | T | Buy | 12/08/20 | M | | |
| 98.  - Morgan Stanley Instl FD Cap Growth Port<br>CL 1 | D | Dividend | M | T | Buy | 05/18/20 | K | | |
| 99. | | | | | Buy<br>(add'l) | 05/26/20 | J | | |
| 100. | | | | | Buy<br>(add'l) | 06/22/20 | K | | |
| 101.  - Morgan Stanley Instl Inc Global Oppty<br>Port Class Instl | A | Dividend | K | T | Buy | 04/01/20 | J | | |
| 102. | | | | | Buy<br>(add'l) | 06/22/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - FPA FDS TR FPA Crescent Portfolio Instl CL | B | Dividend | K | T | Buy | 04/01/20 | K | | |
| 104. - Wasatch Funds Small Cap Growth Fund Institutional Class SH | A | Dividend | J | T | Buy | 07/13/20 | J | | |
| 105. - Artisan Funds Developing World Fund Advisor Class Shares | B | Dividend | K | T | Buy | 09/01/20 | K | | |
| 106. - Vanguard Health Care Fund Admiral Shares | C | Dividend | L | T | Buy | 04/20/20 | K | | |
| 107. - Vanguard Wellesley Income FD Admiral Share | B | Dividend | K | T | Buy | 05/19/20 | K | | |
| 108. - Howard Hughes Corp | | None | | | Buy | 03/31/20 | J | | |
| 109. | | | | | Sold | 07/17/20 | J | | |
| 110. - Starbucks | | None | | | Buy | 06/12/20 | K | | |
| 111. | | | | | Sold | 07/17/20 | K | | |
| 112. - Vanguard Index FDS ETF S&P 500 ETF Shs | A | Dividend | | | Buy | 03/24/20 | K | | |
| 113. | | | | | Sold | 07/17/20 | K | D | |
| 114. -Vaneck Vectors ETF Trerf Gold Miners ETF | | None | | | Buy | 09/16/20 | K | | |
| 115. | | | | | Sold | 10/29/20 | K | | |
| 116. Trust Account #12 (H) | | | | | | | | | |
| 117. - Dodge & Cox Intl Stock FD | A | Dividend | K | T | | | | | |
| 118. - Matthews Asia Dividend FD | A | Dividend | K | T | Buy (add'l) | 05/01/20 | J | | |
| 119. - Primecap Odyssey FDS Aggressive Growth FD | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Dodge & Cox Stock Fund | C | Dividend | L | T | | | | | |
| 121. - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 122. - Saratoga Advantage TR James Alpha Glbl Real Estate | A | Dividend | | | Sold (part) | 01/06/20 | J | | |
| 123. | | | | | Sold | 05/20/20 | J | | |
| 124. - Pimco Multi-MGR Short Duration Muni Inc Fund Inst CL | A | Dividend | K | T | Buy (add'l) | 01/02/20 | J | | |
| 125. | | | | | Sold (part) | 01/16/20 | J | | |
| 126. | | | | | Sold (part) | 01/28/20 | J | | |
| 127. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 128. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 129. | | | | | Sold (part) | 07/13/20 | J | A | |
| 130. | | | | | Buy (add'l) | 09/14/20 | L | | |
| 131. | | | | | Sold (part) | 09/17/20 | J | A | |
| 132. | | | | | Buy (add'l) | 10/05/20 | K | | |
| 133. | | | | | Sold (part) | 10/09/20 | J | | |
| 134. | | | | | Sold (part) | 10/21/20 | J | | |
| 135. | | | | | Sold (part) | 10/23/20 | J | | |
| 136. | | | | | Sold (part) | 11/19/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  - American Funds Developing World Growth & Income FD | A | Dividend | | | Sold | 04/15/20 | J | | |
| 138.  - Oakmark Global Select Fund Advisor Class | A | Dividend | K | T | | | | | |
| 139.  - Oakmark International Small Cap FD Advisor CL | | None | | | Sold (part) | 01/06/20 | J | | |
| 140. | | | | | Sold | 07/20/20 | K | | |
| 141.  - Matthews Intl FD Asain Growth & Income FD | | None | | | Sold | 01/06/20 | J | | |
| 142.  - Nuveen Muni TR High Yield Mun BD FD | B | Dividend | | | Sold (part) | 01/06/20 | J | | |
| 143. | | | | | Sold (part) | 06/23/20 | J | A | |
| 144. | | | | | Sold (part) | 07/10/20 | J | | |
| 145. | | | | | Sold | 07/20/20 | L | | |
| 146.  - Virtus Funds Vontobel Emerging Mkts Opportunities FD | | None | | | Sold | 04/15/20 | J | | |
| 147.  - Valaris Plc | | None | | | Sold | 03/23/20 | J | | |
| 148.  -Brown Cap Mgmt Mut FDS Brown Cap Mgmt Small Co FD | A | Dividend | J | T | | | | | |
| 149.  - BHP Billiton LTF Spon Adr | A | Dividend | | | Sold | 10/01/20 | K | B | |
| 150.  - Enbridge Inc | B | Dividend | K | T | | | | | |
| 151.  - Enterprise Products Partners | C | Distribution | K | T | | | | | |
| 152.  - Energy Trsnsfer Partners | C | Distribution | K | T | | | | | |
| 153.  - Johnson & Johnson | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. - Medley Capital Corp | | None | | | Sold | 01/10/20 | J | | |
| 155. - Microsoft Corp | A | Dividend | L | T | | | | | |
| 156. - Natixis Fund Trust II Vaughan Nelson Value Class Y | A | Dividend | | | Sold | 07/07/20 | J | | |
| 157. - Rio Tinto Plc Spon Adr | B | Dividend | K | T | | | | | |
| 158. - South32 LTD Spon | A | Dividend | | | Sold | 07/20/20 | J | | |
| 159. - USA Compression Partners LP Com | B | Distribution | | | Sold | 10/01/20 | J | | |
| 160. - Vanguard Funds Dividend Growth Fund Investor Class | A | Dividend | K | T | | | | | |
| 161. - Vanguard Sprcialized Portfolios Energy Port Investor Class | B | Dividend | K | T | Sold<br>(part) | 10/09/20 | J | | |
| 162. - WSFS Financial Corp | A | Dividend | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 163. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 164. | | | | | Sold | 07/20/20 | K | | |
| 165. - Mainstay CBRE Global Infrastructure Fund Class 1 | A | Dividend | K | T | | | | | |
| 166. - Invesco Oppenheimer Steelpath MLP Alpha Fund | C | Dividend | K | T | Buy<br>(add'l) | 01/10/20 | K | | |
| 167. - Goldman Sachs Fund GQG Ptnrs Intl Opptys FD | A | Dividend | K | T | Buy<br>(add'l) | 05/12/20 | J | | |
| 168. - Core Laboratories Inc | | None | K | T | Buy | 10/23/20 | J | | |
| 169. - Dominion Energy Inc | A | Dividend | J | T | Buy | 07/08/20 | J | | |
| 170. - Etsy Inc | | None | K | T | Buy | 09/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  - Magellan Midstream Prtns MMP | | None | K | T | Buy | 11/19/20 | K | | |
| 172.  - Alger Growth Small Cap Focus FD | | None | K | T | Buy | 06/05/20 | J | | |
| 173. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 174. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 175. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 176. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 177. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 178. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 179.  - Morgan Stanley Instl FD Inc Cap Growth Port CL 1 | B | Dividend | K | T | Buy | 06/05/20 | J | | |
| 180. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 181. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 182. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 183. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 184. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 185. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 186.  - Morgan Stanley Insight Fund Class 1 | A | Dividend | J | T | Buy | 10/01/20 | J | | |
| 187. | | | | | Buy<br>(add'l) | 10/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Fastly Inc CL A | | None | | | Buy | 10/21/20 | J | | |
| 189. | | | | | Sold | 10/29/20 | J | | |
| 190. Springside, LLC (2000 - $300,000, 2012-$20,123) | F | Rent | P1 | W | | | | | |
| 191. Trust #16 (H) | | | | | | | | | |
| 192. - Apollo Investment Corp | | None | | | Sold | 01/09/20 | J | | |
| 193. - Medley Capital Corp | | None | | | Sold | 01/09/20 | K | | |
| 194. - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | | | Closed | 07/28/20 | J | | |
| 195. - Golub Cap BDC Inc | B | Dividend | | | Sold | 05/26/20 | L | | |
| 196. - Sixth STR Speciality Lending Inc | C | Dividend | | | Sold | 07/20/20 | K | | |
| 197. - M&T Bank | A | Dividend | | | Buy | 05/26/20 | L | | |
| 198. | | | | | Sold | 07/20/20 | L | | |
| 199. PCM Family LLC | | None | M | W | | | | | |
| 200. The Sequoia Fund | E | Dividend | M | T | Buy (add'l) | 01/02/20 | J | | |
| 201. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 202. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 203. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 204. | | | | | Buy (add'l) | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ambro, Thomas L. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 206. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 207. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 208. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 209. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 210. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 211. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 212. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 213. Trust #18 (H) | | | | | | | | | |
| 214. - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 215. - West Wilson Util Dist TN WTR WKS Rev | C | Interest | K | T | | | | | |
| 216. - Montana ST BRD Regents High Ed Rev | B | Interest | K | T | | | | | |
| 217. - Ocean Cnty NJ RFDG SER A G/O Unl TD | B | Interest | L | T | | | | | |
| 218. - Metropolitan Transn Auth NY Rev | C | Interest | L | T | | | | | |
| 219. - New Mexico Fin Auth Rev SR Lien Pub Proj Rvlvng FD Ser C | C | Interest | L | T | | | | | |
| 220. - New York ST Envmntl Facs Corp Rev ST Ser D | B | Interest | L | T | | | | | |
| 221. - Central Puget Sound WA Regl Tran Auth Sales & Use Tax Rev | C | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. - New York ST Dorm Uth Revs Non ST Supported Debt CPN | B | Interest | L | T | | | | | |
| 223. - USF Fing Corp FL CTF Partn Rfdg Mstr Lse PG Ser | B | Interest | L | T | | | | | |
| 224. - Hawaii St Unrefunded Balance Rfdg Ser Ed | A | Interest | | | Sold | 01/24/20 | J | A | |
| 225. - Harris Cnty TX Cultural Ed Facs Fin Corp Med FA CS Rev | A | Interest | K | T | | | | | |
| 226. - Salt Riv Proj Agric Impt & PWR Dist AZ Elec SY S Rev BD | C | Interest | L | T | | | | | |
| 227. - Huntsville AL GO WTS 2018 A G/O | A | Interest | K | T | | | | | |
| 228. - Jefferson Cnty Co Sch Dist R G/O | B | Interest | L | T | | | | | |
| 229. - York County PA GO RFDG BDS 2017 G/O | C | Interest | L | T | | | | | |
| 230. - Westfield IN High Sch 1995 Building Corp Unltd | B | Interest | L | T | | | | | |
| 231. - Clark Cnty VN Arpt Rev SYS BDS McCarran Intl | | None | L | T | | | | | |
| 232. - New Jersey St Trans TR FD Auth Trans Ser B | B | Interest | K | T | Buy | 04/08/20 | K | | |
| 233. - Port Auth NY & NJ Cons BDS | | None | K | T | Buy | 10/16/20 | K | | |
| 234. - Viridian Mun Mgmt Dist TX Unl TD Tax Util Impt BDS | | None | K | T | Buy | 10/16/20 | K | | |
| 235. Trust #19 (H) | | | | | | | | | |
| 236. - Wells Fargo Bank, N.A. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 237. - iShares Core S&P 500 Index FD | A | Dividend | K | T | Buy (add'l) | 01/09/20 | J | | |
| 238. | | | | | Buy (add'l) | 04/01/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.   - Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | Buy (add'l) | 01/09/20 | J | | |
| 240. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 241.   - Vanguard INTL Equity Index FDS FTSE Emerging MKTS | A | Dividend | | | Buy (add'l) | 01/09/20 | J | | |
| 242. | | | | | Sold (part) | 04/01/20 | K | | |
| 243. | | | | | Sold | 07/21/20 | J | A | |
| 244.   - Goldman Sachs ETF US Large Cap | A | Dividend | K | T | Buy (add'l) | 01/09/20 | J | | |
| 245.   - Invesco TR II ETF Emerging Mkts Sovereign Debt | A | Dividend | | | Buy (add'l) | 01/09/20 | J | | |
| 246. | | | | | Sold | 10/01/20 | J | | |
| 247.   - iShares Russell 2000 ETF | A | Dividend | K | T | Buy (add'l) | 01/09/20 | J | | |
| 248. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 249.   - iShares Core S&P Mid ETF | A | Dividend | K | T | Sold (part) | 01/02/20 | J | A | |
| 250. | | | | | Buy (add'l) | 01/09/20 | J | | |
| 251. | | | | | Sold (part) | 10/01/20 | J | A | |
| 252.   - iShares Core US Aggregate Bond ETF | B | Dividend | L | T | Buy (add'l) | 01/02/20 | J | | |
| 253. | | | | | Buy (add'l) | 01/09/20 | J | | |
| 254. | | | | | Sold (part) | 04/01/20 | J | A | |
| 255. | | | | | Sold (part) | 07/21/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 257.  - iShares Edge MSCI Min Vol USA ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 258. | | | | | Sold<br>(part) | 07/21/20 | J | | |
| 259.  - iShares iBoxx High Yield Corp Bond ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 260.  - iShares Inc Core MSCI Emerging Mkts ETF | A | Dividend | J | T | Buy | 01/09/20 | J | | |
| 261. | | | | | Sold<br>(part) | 07/21/20 | J | A | |
| 262.  - iShares JP Morgan USD Emerging Markets Bond ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 263.  - iShares MBS ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 264. | | | | | Sold<br>(part) | 04/01/20 | J | A | |
| 265.  - Sector SPDR TR Technology Select Sector ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 266.  - Select Sector SPDF TR Financial TR | A | Dividend | | | Buy<br>(add'l) | 01/09/20 | J | | |
| 267. | | | | | Sold | 04/01/20 | J | | |
| 268.  - Select Sector SPDR Consumer Discretionary ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 269.  - Vanguard Intermediate Term Corp Bond ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 270. | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 271.  - Vanguard Short Term Corp BD ETF | | | | | Sold | 01/02/20 | J | | |
| 272.  - Xtrackers USD High Yield Corporate Bond ETF | A | Dividend | K | T | Buy<br>(add'l) | 01/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 274. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 275.  - Select Sector SPDR ETF Cmmunication SVCS | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 276.  - Vanguard Health Care ETF | A | Dividend | J | T | Buy | 07/21/20 | J | | |
| 277.  - Vanguard Mid Cap ETF | A | Dividend | K | T | Buy | 01/02/20 | J | | |
| 278. | | | | | Buy<br>(add'l) | 01/09/20 | J | | |
| 279. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 280. | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 281.  IRA #6 (H) | | | | | | | | | |
| 282.  - Eaton Vance Mutual FDS Trust Global Macro Abslt Return Advtg FD | A | Dividend | J | T | | | | | |
| 283.  - MFS Ser TR I Value FD | A | Dividend | K | T | | | | | |
| 284.  - MFS Ser TR X Emerging Mkts Debt FD CL I | A | Dividend | K | T | | | | | |
| 285.  - American Europacific Growth FU CL F2 | B | Dividend | K | T | | | | | |
| 286.  - Invesco Oppenheimer Dev Mkts CL Y | A | Dividend | K | T | | | | | |
| 287.  - Principal FDS Inc High Yield FD Instl CL | B | Dividend | K | T | Buy<br>(add'l) | 03/05/20 | J | | |
| 288.  - Wells Fargo Funds TR Special Mid Cap Value FD CL I | A | Dividend | K | T | | | | | |
| 289.  - Baird FDS Inc Aggregate BD FD Instl SHS | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |
| 291. - Goldman Sachs TR Finl Square Treas Instrs FD | A | Dividend | J | T | Sold (part) | 01/10/20 | J | | |
| 292. | | | | | Sold (part) | 04/09/20 | J | | |
| 293. | | | | | Sold (part) | 07/10/20 | J | | |
| 294. - Harbor Fund Small Cap Value FD Instl | A | Dividend | K | T | | | | | |
| 295. - Harbor FD Cap Appreciation FD Instl | | None | | | Sold | 03/05/20 | K | A | |
| 296. - Meridian FD Inc Small Cap Growth FD Investor | B | Dividend | K | T | | | | | |
| 297. - Metropolitan West FDS Total Return BD FD | C | Dividend | L | T | | | | | |
| 298. - JP Morgan Funds Intrepid Value Fund I | | None | | | Sold | 03/05/20 | K | | |
| 299. - Principal FDS Inc Midcap Fund Instl Class | B | Dividend | K | T | | | | | |
| 300. - Blackrock Core Bond Portfolio Institutional Class | B | Dividend | K | T | | | | | |
| 301. - Abbey Capital Futures Strategy Fund Class | A | Dividend | J | T | Buy (add'l) | 03/05/20 | J | | |
| 302. - Diamond Hill FDS Large Cap FD CL 1 | A | Dividend | K | T | Buy | 03/05/20 | K | | |
| 303. - Mainstay Winslow Large Cap Growth Fund | B | Dividend | K | T | Buy | 03/05/20 | K | | |
| 304. Roth IRA #1 (H) | | | | | | | | | |
| 305. - Valaris PLC Class 1 | | None | | | Sold | 03/23/20 | J | | |
| 306. - Transocean LTD | | None | | | Sold | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. - Enbridge Inc | A | Dividend | J | T | | | | | |
| 308. - ARK Autonomous ETF Technology & Robotics | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 309. - ARK ETF TR Genomic Revolution Multi Sector | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 310. Roth IRA #2 (H) | | | | | | | | | |
| 311. - Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 312. - Brown Advisory FDS Adisory Small Cap Growth FD | A | Dividend | J | T | | | | | |
| 313. - Enbridge Inc | A | Dividend | J | T | | | | | |
| 314. - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 315. - Center Coast Brookfield Midstream Focus Fund | A | Dividend | J | T | Buy | 01/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, Line 190, has rental activity from property located near Newark, DE.

Asset listed in Part VII, Line 199,  has rental activity from property located in New Castle County, DE.

Assets listed in Part VII, line 165 changed its name from Voya CBRE Global Infrastructure FD CL I to Mainstay CBRE Global Infrastructure Fund Class 1

Assets listed in Part VII, line 196 changed its name from TPG Specialty Lending Inc to Sixth STR Speciality Lending Inc

Asssets listed in Part VII, lines 192-198, Trust #16, assets were sold.  Remaining cash was transferred to Trust #12 and Trust #18.  Assets purchased with cash were reported under Trust #12 and Trust #18.

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 05/10/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ambro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544